IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GREGORY LOWE, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-394-TES |
| | * |
| ALLSTAR MOVING & DELIVERY, LLC and AMD OF MACON, INC., | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 1, 2024 and for the reasons stated therein, JUDGMENT is hereby entered in favor of Plaintiff and default judgment is entered against ALLSTAR MOVING & DELIVERY, LLC and AMD OF MACON, INC, totaling $135,847.53 plus post-judgment interest rate of 5.18%.

This 2nd day of May, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk